IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>DARIN JEROME FRENCH,<br>       Defendant. | 2:22-cr-00201-DAD |
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>DARIN JEROME FRENCH,<br>       Defendant. | 2:22-cr-00202-KJM |

      Pusuant to the filing of the Notice of Related Cases in case numbers 2:22-cr-00201-DAD and 2:22-cr-00202-KJM on February 22, 2024;

      Case number 2:22-cr-00202-KJM is transferred to the docket of District Judge Dale A. Drozd to effect a savings of judicial effort and judicial economy.

/////

/////

/////

/////

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**2:22-cr-00202-DAD**

IT IS SO ORDERED.

Dated:  **August 12, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2